UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

| | |
|---|---|
| DANA INCORPORATED, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> INTERNATIONAL UNION, UNITED ) <br> AUTOMOBILE, AEROSPACE AND ) <br> AGRICULTURAL IMPLEMENT ) <br> WORKERS OF AMERICA, LOCAL ) <br> UNION NO. 3062, ) <br> ) <br> Defendant. | Civil Action No. 5:19-cv-445-CHB <br><br> **JUDGMENT** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Memorandum Opinion and Order entered contemporaneously with this Judgment,

**IT IS HEREBY ORDERED** as follows:

1. Judgment is entered in favor of Defendant.

2. This matter is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the Court's active docket.

3. This is a **FINAL** and **APPEALABLE JUDGMENT**, and there is no just cause for delay.

This the 23rd day of September, 2020.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:   Counsel of record